NATIONAL LABOR RELATIONS BOARD v. E. M. WETMORE, Doing Business as Wetmore Pulverizer & Machine Company.

No. 2500.

Circuit Court of Appeals, Tenth Circuit.

Feb. 12, 1942.

Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

No appearance for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

## PER CURIAM.

Consent decree enforcing the order of the Board pursuant to stipulation of the parties.

NATIONAL TERMINALS CORPORATION, a Corporation, and Liberty Mutual Insurance Company, a Corporation, Appellants, v. Kenneth G. McMANIGAL, Deputy Commissioner, United States Employees Compensation Commission, and Mrs. Helen Shreve, Appellees.

No. 8869.

Circuit Court of Appeals, Sixth Circuit.

Feb. 13, 1942.

John H. McNeal and Harley J. McNeal, both of Cleveland, Ohio, for appellants.

E. B. Freed and Edward I. Siegel, both of Cleveland, Ohio, for appellees.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

## PER CURIAM.

The above cause having been submitted upon the record, briefs and arguments of counsel, upon due consideration by the court, it is ordered and adjudged that the decree appealed from be affirmed in accordance with the findings and opinion of the District Court. See Associated General Contractors of America, Inc., v. Cardillo, Deputy Commissioner, 70 App.D.C. 303, 106 F.2d 327.

NEW YORK CREDIT MEN'S ASSOCIATION, Trustee, Appellant, v. Isidor E. SCHLESINGER et al., Appellees.

No. 175.

Circuit Court of Appeals, Second Circuit.

Jan. 20, 1942.

Henry Braverman, of New York City, for appellant.

Ludwig Teller, of New York City, for appellees.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

## PER CURIAM.

Order affirmed on authority of Sherman v. Buckley, 2 Cir., 119 F.2d 280.